In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Howard L. Phillips for admission to the bar. No opinion. Application granted.

PHILLIPS, Appellant, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Isaac H. Phillips, as executor, etc., of Isaac Hampton Phillips, deceased, against Frank J. Phillips and another. No opinion. Order modified, by striking therefrom that portion which requires the production of books of account, memoranda, or paper writings in the possession or under the control of the plaintiff, and, as so modified, affirmed, without costs of this appeal to either party.

In re PIERSON. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) In the matter of the application of William E. Pierson for the removal of Elizabeth Pierson and another. No opinion. Judgment affirmed, with costs.

PIRNIE, Respondent, v. QUIGLEY FARM, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Helen Pirnie against Quigley Farm. No opinion. Motion to dismiss appeal granted, with $10 costs.

POMERANZ, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Israel Pomeranz against Jacob Levy. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, with costs to abide the event, on the ground that the judgment is against the weight of evidence.

RANDOLPH, Respondent, v. WECHSLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by George B. F. Randolph against Sigmund Wechsler. No opinion. Judgment and order unanimously affirmed, with costs.

In re REID. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) In the matter of the final judicial settlement of the accounts of Archibald A. Reid, as executor and trustee of William H. Reid, deceased. No opinion. Order of the Surrogate's Court of Richmond county affirmed, with $10 costs and disbursements.

REIMER et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John B. Reimer and another, partners, etc., against the city of New York. No opinion. Judgment and order affirmed, with costs.

In re ROCHE. BATES et al., Appellants, v. ROCHE et al., Respondents. (Supreme Court, Appellate Division, Third Department, May 8, 1907.) In the matter of the judicial settlement of the accounts of William J. Roche, as executor of the last will and testament of Henry T. Nason, deceased. Action by Eliza E. Bates and another against William J. Roche, as executor, etc., and others. See 104 N. Y. Supp. 601. No opinion. Appeal dismissed, with costs.

RODEN, Respondent, v. CO-OPERATIVE BUILDING BANK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Walter A. Roden against the Co-operative Building Bank. No opinion. Appeal dismissed, without consideration, for the reason that the case does not appear to have been settled as required by section 318 of the Municipal Court act (Laws 1902, p. 1581, c. 580).

RODEN, Respondent, v. CO-OPERATIVE BUILDING BANK, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Walter A. Roden against the Co-operative Building Bank. No opinion. Motion denied, with costs.

ROSE, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Charles E. Rose against the city of Troy. PER CURIAM. Judgment and order affirmed, with costs. KELLOGG and COCHRANE, JJ., dissent.

ROSENBERG et al., Respondents, v. FEIERING, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Louis Rosenberg and another against Jennie Feiering. No opinion. Order of the County Court of Kings county affirmed on argument, with $10 costs and disbursements.

ROSENBERG v. ULLMAN MFG. CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Martin Rosenberg against the Ullman Manufacturing Company. No opinion. Motion granted, with $10 costs. Order filed.

ROWE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Herman Rowe against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

RUBIN et al., Respondents, v. TOOP, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Meyer Rubin and another against George H. Toop. No opinion. Appeal dismissed, with costs, on the ground that no return has been made having indorsed thereon the allowance of the justice before whom the action was tried, as required by section 317 of the Municipal Court act (Laws 1902, p. 1580, c. 580).

RUBIN et al., Respondents, v. TOOP, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action